1  TRINETTE G. KENT (State Bar No. 222020)
2  10645 North Tatum Blvd., Suite 200-192      E-FILED 2/22/16
   Phoenix, AZ 85028
3  Telephone:  (480) 247-9644                  JS-6
4  Facsimile:  (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  43 Danbury Road
   Wilton, CT 06897
9  Telephone:  (480) 247-9644
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Scott Myer

13

14

15

16            UNITED STATES DISTRICT COURT
17          CENTRAL DISTRICT OF CALIFORNIA
18               WESTERN DIVISION
19

20
   Scott Myer,                    Case No.: 2:15-cv-08782-PSG-JEM
21
                                  [PROPOSED] ORDER
22          Plaintiff,

23       vs.

24
   Vital Recovery Services, LLC,
25

26          Defendant.

27

28
   ─────────────────────────────────────────────
                                        PROPOSED ORDER

1

Based on the Stipulation of counsel, the case is dismissed with prejudice, each

2
party to bear its own attorney fees and costs.

3

4
Date:___2/22/16_____           PHILIP S. GUTIERREZ
                                _____
5
                                   Judge:
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28